UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-CV-23812-PCH

**NENA BONSIGNORE,**

    **Plaintiff,**

v.

**QBE SPECIALTY INSURANCE COMPANY,**

    **Defendant**.
_____/

## ORDER ADOPTING AND AFFIRMING R&R

**THIS MATTER** came before the Court upon Magistrate Judge Lauren F. Louis' Report and Recommendation ("R&R") [ECF No. 52], which was entered on December 11, 2024. The R&R addressed Defendant's Motion to Tax Attorneys' Fees and Costs [ECF No. 47] and Defendant's Bill of Costs [ECF No. 46]. Magistrate Judge Louis recommends that the Court grant in part Defendant's Motion to Tax Attorneys' Fees and Costs, and grant Defendant's Bill of Costs. The Court has reviewed Magistrate Judge Louis' R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby:

**ORDERED AND ADJUDGED** that Magistrate Judge Louis' R&R is **ADOPTED** and **AFFIRMED in its entirety**. Defendant's Motion to Tax Attorneys' Fees and Costs **[ECF No. 47]** is **GRANTED IN PART**. Defendant is awarded $44,065.00 in reasonable attorneys' fees, and Defendant is awarded $0.00 in costs taxable pursuant to Florida Statute § 768.79. It is further **ORDERED** that Defendant's Bill of Costs **[ECF No. 46]** is **GRANTED**. Defendant is awarded $5,576.22 in costs taxable pursuant to 28 U.S.C. § 1920.

2

**DONE AND ORDERED** in Miami, Florida on January 3, 2025.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lauren F. Louis
Counsel of record